## Exhibit A

1. blacklistreport.com
2. stdregistry.com
3. datingpsychos.com
4. scamboard.com
5. predatorswatch.com

(All domains listed refer to sites with or without "www." prefix.)

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or

  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

SUPPORT ▾    LOGOUT

## namecheap

Support → Tickets

Home    View Tickets    Submit a Ticket    Knowledgebase

**Account**

- 👤 My Profile
- ⚙ Preferences
- 🔒 Change Password
- ↪ Logout

What can we help you with?     SEARCH

LIVE SUPPORT
● ONLINE

# View Ticket: #SBC-352-73115

## stdregistry.com Abuse

Created: 27 June 2018 01:42 AM  Updated: 28 June 2018 06:27 AM

How satisfied are you with the service you received from Customer Support today? ☹
☆ ☆ ☆ ☆ ☆

How likely are you to recommend Namecheap to your friends, family or colleagues?
○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○
0   1   2   3   4   5   6   7   8   9   10

---

Live Chat Software by Kayako

Hosting   Unassigned   Abuse
Illegal

Account Ownership Verification

**Account Username:**

**Support Pin:**

[ Add Reply ]

**Aaron Greenspan** USER
Posted on: 28 June 2018 06:27 AM
The following images (also uploaded after my initial request on this ticket) and associated thumbnail images are also in violation of the aforementioned laws and policies:

http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff922.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff921.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff920.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff919.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff918.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff917.jpeg

View Ticket: #SBC-352-73115

7/4/18, 1:21 PM

http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff916.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff915.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff914.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff913.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff912.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff911.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff910.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff99.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff98.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff97.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff96.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff95.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff94.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff93.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff92.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-1196980c8b2c436dcfbcff1ca16fcff9.jpeg

Given the presence of multiple swastikas, and the fact that I am Jewish, these posts are also hate speech.

---

View Ticket: #SBC-352-73115

7/4/18, 1:21 PM

Remove these images, any derivative images, and their underlying posts.

Aaron

 Aaron Greenspan [USER]
Posted on: 27 June 2018 10:55 AM

The following images (uploaded after my initial request on this ticket) and associated thumbnail images are also in violation of the aforementioned laws and policies:

http://www.stdregistry.com/wp-content/uploads/main-qimg-fce2002dc6f027696166fa49a6629d018.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-fce2002dc6f027696166fa49a6629d017.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-fce2002dc6f027696166fa49a6629d016.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-fce2002dc6f027696166fa49a6629d015.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-fce2002dc6f027696166fa49a6629d014.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-fce2002dc6f027696166fa49a6629d013.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-fce2002dc6f027696166fa49a6629d012.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-fce2002dc6f027696166fa49a6629d01.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-28c9cace10b5f089b0cbab02029d241211.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-28c9cace10b5f089b0cbab02029d241210.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-

28c9cace10b5f089b0cbab02029d24129.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qirng-28c9cace10b5f089b0cbab02029d24128.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qirng-28c9cace10b5f089b0cbab02029d24127.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qirng-28c9cace10b5f089b0cbab02029d24126.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qirng-28c9cace10b5f089b0cbab02029d24125.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qirng-28c9cace10b5f089b0cbab02029d24124.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qirng-28c9cace10b5f089b0cbab02029d24123.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qirng-28c9cace10b5f089b0cbab02029d24122.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qirng-28c9cace10b5f089b0cbab02029d2412.jpeg
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-22.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-21.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-20.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-19.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-18.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-17.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-16.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-15.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-14.html

http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-13.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-12.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-11.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-10.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-9.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-8.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-7.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-6.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-5.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-4.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-3.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite-2.html
http://www.stdregistry.com/aarongreenspan-think-computer-foundation-plainsite-org-plainsite.html

Remove these posts.

Aaron

 **Aaron Greenspan** (USER)
Posted on: 27 June 2018 01:42 AM

View Ticket #SBC-352-73115

7/4/18, 1:21 PM

To Whom It May Concern:

The following images are explicitly pornographic, were posted in violation of a court order (https://www.plainsite.org/dockets/download.html?id=253812634bz=a5061c12), and violate your TOS and AUP because their posting was illegal and the content is unlawful. Furthermore, although these images are fabricated and fake, this content violates California Penal Code § 647(j)(4).

http://www.stdregistry.com/wp-content/uploads/main-qimg-d999d40de2fdf9d2131e20afe6d51df19-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-d999d40de2fdf9d2131e20afe6d51df17-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-d999d40de2fdf9d2131e20afe6d51df16-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-d999d40de2fdf9d2131e20afe6d51df15-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-d999d40de2fdf9d2131e20afe6d51df14-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-d999d40de2fdf9d2131e20afe6d51df13-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-d999d40de2fdf9d2131e20afe6d51df12-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-d999d40de2fdf9d2131e20afe6d51df1-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-8732fa1bd0ca4ffdf91604e86bc5be066-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-8732fa1bd0ca4ffdf91604e86bc5be065-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-8732fa1bd0ca4ffdf91604e86bc5be064-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-8732fa1bd0ca4ffdf91604e86bc5be063-200x200.jpeg

View Ticket #SBC-352-73115

7/4/18, 1:21 PM

http://www.stdregistry.com/wp-content/uploads/main-qimg-8732fa1bd0ca4ffdf91604e86bc5be062-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-8732fa1bd0ca4ffdf91604e86bc5be06-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-93d16d0d04fb0126507a8f3e236767991-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-93d16d0d04fb0126507a8f3e23676799-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-2f748d229b58c4ab044ad20bd7ede91328-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-2f748d229b58c4ab044ad20bd7ede91327-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-2f748d229b58c4ab044ad20bd7ede91326-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-2f748d229b58c4ab044ad20bd7ede91325-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-2f748d229b58c4ab044ad20bd7ede91324-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-2f748d229b58c4ab044ad20bd7ede91323-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-2f748d229b58c4ab044ad20bd7ede91322-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-2f748d229b58c4ab044ad20bd7ede9132-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-26ddfdf4a3e0b47ba42efb2bc5d2e7d41-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-26ddfdf4a3e0b47ba42efb2bc5d2e7d4-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-03163cd0bacf2a760a445518f09ffeb45-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-03163cd0bacf2a760a445518f09ffeb44-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-03163cd0bacf2a760a445518f09ffeb43-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-

03163cd0bacf2a760a445518f09ffeb42-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
03163cd0bacf2a760a445518f09ffeb4-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d010-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d09-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d08-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d07-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d06-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d05-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d04-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d03-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d02-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
c06076e3b7ae6ab961c7b5bccc8729d0-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e17-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e16-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e15-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e14-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e13-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e12-200x200.jpeg

http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e11-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e10-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e9-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e8-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e7-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e6-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e5-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e4-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e3-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e2-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
0014eba676a9cf792ff8ef5d73d6234e-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
89a77eb2f4848e3ebcfdf7464bfe7056-14-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
89a77eb2f4848e3ebcfdf7464bfe7056-13-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
89a77eb2f4848e3ebcfdf7464bfe7056-12-200x200.jpeg
http://www.stdregistry.com/wp-content/uploads/main-qimg-
89a77eb2f4848e3ebcfdf7464bfe7056-1-200x200.jpeg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625_124032_Quora13-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora12-

View Ticket: #SBC-352-73115

7/4/18, 1:21 PM

200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora11-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora10-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora9-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora8-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora7-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora6-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora5-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora4-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora3-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora2-
200x200.jpg
http://www.stdregistry.com/wp-
content/uploads/Screenshot_20180625-124032_Quora-
200x200.jpg

---

View Ticket: #SBC-352-73115

7/4/18, 1:21 PM

Therefore, please immediately remove all ***TEXT AND
GRAPHICAL*** content on stdregistry.com posted in violation of
the above court order concerning Aaron Greenspan, Neil
Greenspan, Judi Greenspan, Simon Greenspan, and/or Christine
Richard, as all such content is unlawful.

Aaron



namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

Learn more about Namecheap

Read our blog

Join Our Newsletter & Marketing Communication
We'll send you news and offers

you@yours.com



The entirety of this site is protected by copyright © 2001–2018 Namecheap.com.

Terms and Conditions · Privacy Policy

WE SUPPORT

ELECTRONIC FRONTIER FOUNDATION

FIGHT FOR THE FUTURE

We are an ICANN accredited registrar.
*Serving customers since 2001*

**Payment Options**



View Ticket: #KAJ-453-62884

SUPPORT ▾   LOGOUT

## namecheap

Support → Tickets

Home   View Tickets   Submit a Ticket   Knowledgebase

What can we help you with?     SEARCH

**Account**

- 🧑 My Profile
- ⚙ Preferences
- 🔒 Change Password
- 🗐 Logout

LIVE SUPPORT
ONLINE

# View Ticket: #KAJ-453-62884

## stdregistry.com DMCA Violation

Created: 27 June 2018 07:04 PM   Updated: 27 June 2018 07:04 PM

How satisfied are you with the service you received from Customer Support today? ☺

☆ ☆ ☆ ☆ ☆

How likely are you to recommend Namecheap to your friends, family or colleagues?

○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○
0  1  2  3  4  5  6  7  8  9  10

---

Live Chat Software by Kayako

Hosting Recall   Unassigned   Issue     Awaiting Staff   Private

**Account Ownership Verification**

**Account Username:**

**Support Pin:**

[ Add Reply ]

**Aaron Greenspan** [USER]
Posted on: 27 June 2018 07:04 PM

To Whom It May Concern:

I own the copyright to the following photograph, which is being used without my permission:

http://www.stdregistry.com/wp-content/uploads/IMG_0946.jpg

***AND ALL DIGITALLY IDENTICAL IMAGES WITH VARIOUS FILE NAMES***

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing material from your servers. I request that you immediately notify the infringer of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material

View Ticket #KAJ-463-62884

to your server in the future.

Please also be advised that law requires you, as a service provider, to remove or disable access to the infringing materials upon receiving this notice. Under US law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and ultimately remove or otherwise disable the infringing material from your servers with all due speed should the direct infringer, your client, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights I own are being infringed.

Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

Should you wish to discuss this with me please contact me directly. You can reach me at aaron.greenspan@plainsite.org or by phone at +1 415 670 9350.

Below is my digital signature in compliance with 17 U.S.C. § 512(c)(3)(A)(i).

/s/Aaron Greenspan/
Aaron Greenspan

View Ticket #KAJ-463-62884

 namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people

Learn more about Namecheap →

Read our blog →

Join Our Newsletter & Marketing Communication
We'll send you news and offers.

you@yours.com

   

The entirety of this site is protected by copyright © 2001–2018 Namecheap.com

Terms and Conditions · Privacy Policy

WE SUPPORT

 ELECTRONIC FRONTIER FOUNDATION

7/4/18, 1:21 PM





## View Ticket: #PVS-360-72431

### datingpsychos.com DMCA Violation

Created: 12 June 2018 04:26 AM   Updated: 01 July 2018 03:57 AM

How satisfied are you with the service you received from Customer Support today? ☺
☆ ☆ ☆ ☆ ☆

How likely are you to recommend Namecheap to your friends, family or colleagues?
○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○
0  1  2  3  4  5  6  7  8  9  10

| DEPARTMENT | OWNER | TYPE | STATUS | PRIORITY |

---

Live Chat Software by Kayako

| Hosting — Legal... | Unassigned | Issue | Awaiting Client | Private |

**Account Ownership Verification**

Account Username:        thinkcomp

Support Pin:

[ Add Reply ]

 **Den K.** (Legal & Abuse Shift Leader)  [STAFF]
Posted on: 01 July 2018 03:57 AM  [NEW]

Hello,

Since we did not receive a US Court Order in response to the provided DMCA Counter-Notice, the owner of the reported website is allowed to repost the content in question.

Should you have any questions, please let us know.

-------------------------------------------

Regards,
Den K.
Shift Leader & Middle QA Analyst
Legal and Abuse Department
Namecheap.com

7/4/18, 1:22 PM

View Ticket #PVS-380-72431

Ksenia T. (Legal & Abuse Shift Leader) [STAFF]
Posted on: 16 June 2018 11:40 AM

Hello,

In response to your DMCA copyright infringement notice, we have received a Counter-Notice from the owner of the website (the "Website"). A copy of that Counter-Notice is included in this email.

In light of the competing submissions concerning the content on the Website, Namecheap is obligated under its policy and the DMCA to allow the re-posting of disabled or removed content within 14 days of the date of this letter unless Namecheap receives notice from you that you have a US Court Order enforcing your agreed stipulation with the owner and restraining the owner from re-posting the content. Alternatively, if you no longer object to the content, Namecheap will allow it to be re-posted.

Namecheap does not serve as the arbiter of fact in this matter. We suggest that you continue to seek resolution of your grievances directly with the registrant, or through a Court of appropriate jurisdiction. Namecheap will abide by a decision of US Court.

Please direct any further inquiries related to the subject domains directly to the registrant.

As for the notice regarding http://datingpsychos.com/wp-content/uploads/2018/02/27914.png, your abuse report was received and the corresponding investigation has been started.

Usually, the process requires up to 24-48 hours to be completed. Once any updates on the matter are available, we will inform you accordingly.

---

7/4/18, 1:22 PM

View Ticket #PVS-380-72431

Your patience is highly appreciated.

--
Best Regards,
Ksenia T.
Shift Leader
Legal & Abuse Department
Namecheap.com

 DMCA-CASE #EWJ-679-50220
DMCA Counter-Notification .txt
(3.47 KB)

Aaron Greenspan [USER]
Posted on: 16 June 2018 09:29 AM
Further DMCA Violations

The following URLs contain a copyrighted image being used without permission:

http://datingpsychos.com/wp-content/uploads/2018/02/27914.png

***AND ALL DIGITALLY IDENTICAL IMAGES WITH VARIOUS FILE NAMES***

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing material from your servers. I request

that you immediately notify the infringer of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material to your server in the future.

Please also be advised that law requires you, as a service provider, to remove or disable access to the infringing materials upon receiving this notice. Under US law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and ultimately remove or otherwise disable the infringing material from your servers with all due speed should the direct infringer, your client, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights I own are being infringed.

Under penalty of perjury I certify that the information contained in the notification is both true and accurate.

Should you wish to discuss this with me please contact me directly. You can reach me at aaron.greenspan@plainsite.org or by phone at +1 415 670 9350.

Below is my digital signature in compliance with 17 U.S.C. § 512(c) (3)(A)(i).

/s/Aaron Greenspan/
Aaron Greenspan



**Alexander Neustroev** (Legal & Abuse Representative)  [STAFF]
Posted on: 12 June 2018 01:40 PM

Hello,

According to our customer, the infringing content is completely removed from the reported website(s).

Please check from your side and get back to us in case any further assistance is still required.

Thank you.

-------------------
Regards,
Alexander Neustroev
Legal & Abuse Department
Namecheap.com



**Daria Demeshko** (Legal & Abuse SME)  [STAFF]
Posted on: 12 June 2018 09:20 AM

Hello,

Thank you for contacting Namecheap Legal & Abuse department.

This is to confirm that your abuse report was received and the corresponding investigation has been started.

Usually, the process requires up to 24-48 hours to be completed. Once any updates on the matter are available, we will inform you accordingly.

View Ticket: #PVS-360-72431

Your patience is highly appreciated.

------------------------------

Regards,
Daria Demeshko
Subject Matter Expert
Legal & Abuse Department
Namecheap.com

**Aaron Greenspan** (USER)
Posted on: 12 June 2018 04:26 AM
To Whom It May Concern:

I own the copyright to the following photograph, which is being used without my permission:

http://datingpsychos.com/wp-content/uploads/2018/02/Aaron-Jacob-Greenspan.jpg

***AND ALL DIGITALLY IDENTICAL IMAGES WITH VARIOUS FILE NAMES***

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing material from your servers. I request that you immediately notify the infringer of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material to your server in the future.

Please also be advised that law requires you, as a service provider, to remove or disable access to the infringing materials upon

https://support.namecheap.com/index.php?/Tickets/Ticket/View/16230214

---

View Ticket: #PVS-360-72431

receiving this notice. Under US law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and ultimately remove or otherwise disable the infringing material from your servers with all due speed should the direct infringer, your client, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights I own are being infringed.

Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

Should you wish to discuss this with me please contact me directly. You can reach me at aaron.greenspan@plainsite.org or by phone at +1 415 670 9350.

Below is my digital signature in compliance with 17 U.S.C. § 512(c)(3)(A)(i).

/s/Aaron Greenspan/
Aaron Greenspan



https://support.namecheap.com/index.php?/Tickets/Ticket/View/16230214

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

you@yours.com

   

The entirety of this site is protected by copyright © 2001–2018 Namecheap.com.

Terms and Conditions  |  Privacy Policy

WE SUPPORT

 ELECTRONIC FRONTIER FOUNDATION

FIGHT FOR THE FUTURE

 We are an ICANN accredited registrar.
Serving customers since 2001.

**Payment Options**

    

  



View Ticket: #GCZ-650-80973                                                         7/4/18, 1:22 PM

SUPPORT ▾    LOGOUT

## namecheap

Support → Tickets

Home    View Tickets    Submit a Ticket    Knowledgebase

What can we help you with?                                         SEARCH

### Account

- 👤 My Profile
- ⚙ Preferences
- 🔒 Change Password
- 🗗 Logout

LIVE SUPPORT
● ONLINE

## View Ticket: #GCZ-650-80973

### Re: Action Required: Further blacklistreport.com DMCA Violations / Abuse

Created: 22 May 2018 08:08 AM   Updated: 22 May 2018 08:08 AM
How satisfied are you with the service you received from Customer Support today? ☹
☆ ☆ ☆ ☆

https://support.namecheap.com/index.php?/Tickets/Ticket/View/16001155                    Page 1 of 6



View Ticket: #GCZ-650-80973                                                         7/4/18, 1:22 PM

Live Chat Software by Kayako

How likely are you to recommend Namecheap to your friends, family or colleagues?
○   ○   ○   ○   ○   ○   ○   ○   ○   ○   ○
0   1   2   3   4   5   6   7   8   9   10

Hosting    Unassigned    Issue

Account Ownership Verification

Account Username:

Support Pin:

[ Add Reply ]

**Aaron Greenspan**  (USER)
Posted on: 22 May 2018 08:08 AM
Eugene,

It has been nearly a month and you have not responded to my request.

I have a TRO against the individual who continues to post materials intended to harass me and my family, a convicted murderer who is deliberately evading service of process (see https://www.plainsite.org/dockets/3a4l9qm45/superior-court-of-california-county-of-santa-clara/greenspan-v-masmarques/). Additionally, I have referred this matter to the office of

https://support.namecheap.com/index.php?/Tickets/Ticket/View/16001155                    Page 2 of 6

View Ticket: #GCZ-850-80973

7/5/18, 1:22 PM

Congresswoman Zoe Lofgren, the FBI and the California Attorney General (CCed), which as you may know, recently prosecuted the owners of mugshots.com (see http://www.sacbee.com/news/politics-government/capitol-alert/article211255899.html). The Breitenstein sites in question that your client hosts are no different in terms of business model. Despite repeated DMCA takedown requests, there are countless pictures of my family members on http://www.blacklistreport.com —hosted by Namecheap—and I will not pay Submit Express, Inc. or WebPresence LLC (the "removal service" advertisers on the site) to have the posts removed.

I would strongly advise you to instruct Namecheap to drop its client immediately. I expect a response from you within 24 hours.

Aaron

PlainSite | http://www.plainsite.org

> On Apr 26, 2018, at 8:55 AM, Eugene Rome <erome@romeandassociates.com> wrote:
>
> Dear Mr. Greenspan,
>
> Your e-mail is received. We'll be reviewing it in short order.
>
> Very truly yours,
>
> Eugene
>
> <image001.png>
> ERome@RomeAndAssociates.com
> 2029 Century Park East, Suite 450
> Los Angeles, CA 90067
> Telephone: (310) 282-0690

Page 3 of 6

https://support.namecheap.com/index.php?/Tickets/Ticket/View/15001155

---

View Ticket: #GCZ-850-80973

7/5/18, 1:22 PM

> Facsimile: (310) 282-0691
>
> ~~~ www.romeandassociates.com
>
> CONFIDENTIAL COMMUNICATION
>
> The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

Learn more about Namecheap →

Read our blog →

Join Our Newsletter & Marketing Communication
We'll send you news and offers.

Page 4 of 6

https://support.namecheap.com/index.php?/Tickets/Ticket/View/15001155



you@yours.com

Join

The entirety of this site is protected by copyright © 2001–2018 Namecheap.com.

Terms and Conditions    Privacy Policy

WE SUPPORT

ELECTRONIC FRONTIER FOUNDATION

FIGHT FOR THE FUTURE

We are an ICANN accredited registrar.
Serving customers since 2001.

**Payment Options**

  



## SUPPORT ▼   LOGOUT

### namecheap

## Support → Tickets

Home    View Tickets    Submit a Ticket    Knowledgebase

What can we help you with?    SEARCH

**Account**

- My Profile
- Preferences
- Change Password
- Logout

LIVE SUPPORT
• ONLINE

# View Ticket: #KSS-207-38494

## blacklistreport.com Abuse

Created: 11 June 2018 06:12 PM   Updated: 01 July 2018 03:56 AM

How satisfied are you with the service you received from Customer Support today? ☺

☆ ☆ ☆ ☆ ☆

How likely are you to recommend Namecheap to your friends, family or colleagues?

○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○
0   1   2   3   4   5   6   7   8   9   10

| DEPARTMENT | OWNER | TYPE | STATUS | PRIORITY |
|---|---|---|---|---|



Live Chat Software by Kayako

| Hosting Legal | Unassigned | Issue | Awaiting Cust | Private |
|---|---|---|---|---|

Account Ownership Verification

Account Username:    thinkcomp

Support Pin:

**Add Reply**

Den K. (Legal & Abuse Shift Leader)  STAFF
Posted on: 01 July 2018 03:56 AM  NEW

Hello,

Since we did not receive a US Court Order in response to the provided DMCA Counter-Notice, the owner of the reported website is allowed to repost the content in question.

Should you have any questions, please let us know.

-------------------------------------------

Regards,
Den K.
Shift Leader & Middle QA Analyst
Legal and Abuse Department
Namecheap.com



**Kseniia T.** (Legal & Abuse Shift Leader) [STAFF]
Posted on: 16 June 2018 11:40 AM

Hello,

In response to your DMCA copyright infringement notice, we have received a Counter-Notice from the owner of the website (the "Website"). A copy of that Counter-Notice is included in this email.

In light of the competing submissions concerning the content on the Website, Namecheap is obligated under its policy and the DMCA to allow the re-posting of disabled or removed content within 14 days of the date of this letter unless Namecheap receives notice from you that you have a US Court Order enforcing your agreed stipulation with the owner and restraining the owner from re-posting the content. Alternatively, if you no longer object to the content, Namecheap will allow it to be re-posted.

Namecheap does not serve as the arbiter of fact in this matter. We suggest that you continue to seek resolution of your grievances directly with the registrant, or through a Court of appropriate jurisdiction. Namecheap will abide by a decision of US Court.

Please direct any further inquiries related to the subject domains directly to the registrant.

The investigation regarding recent DMCA noticed received has been started. Usually, the process requires up to 24-48 hours to be completed. Once any updates on the matter are available, we will inform you accordingly.

Your patience is highly appreciated.

---

Best Regards,
Kseniia T.
Shift Leader
Legal & Abuse Department
Namecheap.com

DMCA-CASE #EWJ-679-50220
DMCA Counter-Notification_.txt
(17.25 KB)



**Aaron Greenspan** [USER]
Posted on: 16 June 2018 09:24 AM
Further DMCA Violations

The following URLs are also violating my copyright:

IMAGE: https://www.blacklistreport.com/wp-content/uploads/2017/12/Aaron-Greenspan-nut-and-snitch1.jpg
IMAGE: https://www.blacklistreport.com/wp-content/uploads/2018/04/Asshole-Greenspan.jpg
TEXT: http://www.blacklistreport.com/2018/01/neil-s-greenspan-vp-and-treasurer-of-plainsite-org-under-fraudulent-501c-think-computer-son-is-aaron-greenspan/
TEXT: http://www.blacklistreport.com/2018/01/aaron-jacob-plainsite-org-under-fraudulent-501c-think-computer-his-father-neil-s-greenspan-is-the-vp-and-treasurer-of-this-career-and-reputation-destroying-monetized-website/

***AND ALL DIGITALLY IDENTICAL IMAGES WITH VARIOUS FILE

NAMES***

The following URLs contain a copyrighted image being used without permission:

https://www.blacklistreport.com/wp-content/uploads/2017/09/Aaron-Greenspan-01.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Aaron-Greenspan-0.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Aaron-Greenspan1.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Aaron-Greenspan2.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Aaron-Greenspan3.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Greenspan-sociopath-family.jpg
https://www.blacklistreport.com/wp-content/uploads/2017/12/Greenspan-Sociopaths.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Greenspan-Sociopaths1.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Greenspan-Sociopaths2.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Greenspan-Sociopaths3.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Greenspan-Sociopaths4.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Greenspan-Sociopaths5.png
https://www.blacklistreport.com/wp-content/uploads/2017/12/Aaron-Greenspan-out-of-his-mind.png

***AND ALL DIGITALLY IDENTICAL IMAGES WITH VARIOUS FILE NAMES***

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing material from your servers. I request that you immediately notify the infringer of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material to your server in the future.

Please also be advised that law requires you, as a service provider, to remove or disable access to the infringing materials upon receiving this notice. Under US law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and ultimately remove or otherwise disable the infringing material from your servers with all due speed should the direct infringer, your client, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights I own are being infringed.

Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

Should you wish to discuss this with me please contact me directly. You can reach me at aaron.greenspan@plainsite.org or by phone at +1 415 670 9350.

Below is my digital signature in compliance with 17 U.S.C. § 512(c)(3)(A)(i).

View Ticket #KSS-207-38494

7/4/18, 1:22 PM

/s/Aaron Greenspan/
Aaron Greenspan



**Aaron Greenspan** (USER)
Posted on: 16 June 2018 09:12 AM
To Whom It May Concern:

The content I reported has *NOT* been disabled or removed as required by law. It is now almost a week after my initial report, and you are in violation of the DMCA.

Remove the content immediately.

Aaron

**Kirill Lyakhovich** (Legal & Abuse Representative) (STAFF)
Posted on: 16 June 2018 08:39 AM
Hello,

This is to inform you that the reported content has been disabled.

Please check from your side and let us know if we may be of any further assistance.

--------------------------------------------

Regards,
Kirill Lyakhovich
Legal and Abuse Department
Namecheap.com

---

View Ticket #KSS-207-38494

7/4/18, 1:22 PM



**Tatyana Petrischeva** (L&A Subject Matter Expert) (STAFF)
Posted on: 15 June 2018 10:44 PM
Hello,

Thank you for contacting Namecheap Legal & Abuse department.

This is to confirm that your abuse report was received and the corresponding investigation has been started.

Usually, the process requires up to 24 hours to be completed. Once any updates on the matter are available, we will inform you accordingly.

Your patience is highly appreciated.

------------------

Regards,
Tatyana Petrischeva
Subject Matter Expert
Legal & Abuse Department
Namecheap.com

**Aaron Greenspan** (USER)
Posted on: 12 June 2018 08:22 PM
Further DMCA Violations

The following URLs are also violating my copyright:

http://www.blacklistreport.com/2018/01/neil-s-greenspan-vp-and-treasurer-of-plainsite-org-under-fraudulent-501c-think-computer-son-is-aaron-greenspan/ (copyrighted text copied

from
http://www.aarongreenspan.com/writing/20111012/introducing-plainsite/)
http://www.blacklistreport.com/2018/01/aaron-jacob-plainsite-org-under-fraudulent-501c-think-computer-his-father-neil-s-greenspan-is-the-vp-and-treasurer-of-this-career-and-reputation-destroying-monetized-website/ (copyrighted text copied from
http://www.aarongreenspan.com/writing/20111012/introducing-plainsite/)
http://www.blacklistreport.com/wp-content/uploads/2017/04/IMG_0947.jpg
http://www.blacklistreport.com/wp-content/uploads/2017/04/1748.png
http://www.blacklistreport.com/wp-content/uploads/2017/04/1749.png

***AND ALL DIGITALLY IDENTICAL IMAGES WITH VARIOUS FILE NAMES***

The following URLs contain a copyrighted image being used without permission:

http://www.blacklistreport.com/wp-content/uploads/2018/06/aaron-greenspan-Firefox_2018-05-30T14-19-27.935Z.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/FB_IMG_152454982428211.jpg
http://www.blacklistreport.com/wp-content/uploads/2018/05/FB_IMG_152454982428212.jpg
http://www.blacklistreport.com/wp-content/uploads/2018/05/FB_IMG_152454982428213.jpg
http://www.blacklistreport.com/wp-content/uploads/2018/05/images.jpeg
http://www.blacklistreport.com/wp-

content/uploads/2018/05/images1.jpeg
http://www.blacklistreport.com/wp-content/uploads/2018/05/images2.jpeg

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing material from your servers. I request that you immediately notify the infringer of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material to your server in the future.

Please also be advised that law requires you, as a service provider, to remove or disable access to the infringing materials upon receiving this notice. Under US law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and ultimately remove or otherwise disable the infringing material from your servers with all due speed should the direct infringer, your client, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights I own are being infringed.

Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

Should you wish to discuss this with me please contact me directly. You can reach me at aaron.greenspan@plainsite.org or by phone at +1 415 670 9350.

View Ticket #KSS-207-38494

7/4/18, 1:22 PM

Below is my digital signature in compliance with 17 U.S.C. § 512(c)(3)(A)(i).

/s/Aaron Greenspan/
Aaron Greenspan

 **Aaron Greenspan** (USER)
Posted on: 11 June 2018 06:12 PM
Further DMCA Violations

In late December 2017, I informed your abuse department of DMCA violations too numerous to count. The violations continue. I own the copyright to the following photographs, which are being used without my permission:

http://www.blacklistreport.com/wp-content/uploads/2018/05/JudiGreenspan.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/JudiGreenspan1.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/JudiGreenspan2.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/JudiGreenspan3.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/JudiGreenspan4.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/JudiGreenspan5.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN1.png
http://www.blacklistreport.com/wp-

View Ticket #KSS-207-38494

7/4/18, 1:22 PM

content/uploads/2018/05/AARONGREENSPAN2.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN3.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN4.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN5.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN6.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN7.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN8.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN9.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN10.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN11.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN12.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN13.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN14.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite1.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite2.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite3.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite4.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite5.png

7/4/18, 1:22 PM

http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite6.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite7.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite8.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite9.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite10.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite11.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite12.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite13.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite14.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite15.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite16.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite17.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite18.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite19.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite20.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AARONGREENSPAN_Plainsite21.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan50.png
http://www.blacklistreport.com/wp-

7/4/18, 1:22 PM

content/uploads/2018/05/AaronGreenspan_NeilGreenspan51.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan52.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan53.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan54.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan55.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan56.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan57.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan58.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan59.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan60.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan130.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan131.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan132.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan133.png
http://www.blacklistreport.com/wp-content/uploads/2018/05/AaronGreenspan_NeilGreenspan134.png
http://www.blacklistreport.com/wp-

View Ticket #XSS-207-38494

7/4/18, 1:22 PM

content/uploads/2018/05/AaronGreenspan_NeilGreenspan135.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan136.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan137.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan138.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan139.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan140.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan141.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan142.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan143.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan144.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan145.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan146.pn
g

---

View Ticket #XSS-207-38494

7/4/18, 1:22 PM

http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan147.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan148.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan149.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/05/AaronGreenspan_NeilGreenspan150.pn
g
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-1.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-2.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-3.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-4.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-5.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-6.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-7.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-8.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-9.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-110.jpeg
http://www.blacklistreport.com/wp-

content/uploads/2018/06/download-111.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-112.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-113.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-114.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-115.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-116.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-117.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-118.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-119.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/download-120.jpeg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome1.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome2.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome3.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome4.jpg
http://www.blacklistreport.com/wp-

content/uploads/2018/06/Screenshot_20180531-
054253_Chrome5.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome6.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome7.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome8.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome9.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome10.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome11.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome12.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome13.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/06/Screenshot_20180531-
054253_Chrome14.jpg

***AND ALL DIGITALLY IDENTICAL IMAGES WITH VARIOUS FILE
NAMES***

The following photographs are also copyrighted and are being
used without permission:

View Ticket #KSS-207-38494

7/4/18, 1:22 PM

http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4916.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4917.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4918.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4919.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4920.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4921.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4922.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4923.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4924.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4925.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4926.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4927.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4928.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4929.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4930.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4931.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4932.jpg

View Ticket #KSS-207-38494

7/4/18, 1:22 PM

http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4933.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4934.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4935.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4936.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4937.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4938.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4939.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4940.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4941.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4942.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4943.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4944.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4945.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4946.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4947.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/DEytekIXSAAnL4948.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/Ahole-Neil-S-Greenspan.jpg
http://www.blacklistreport.com/wp-

View Ticket: #KSS-207-38494                                                    7/4/18, 1:22 PM

content/uploads/2018/05/Ahole-Neil-S-Greenspan1.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/Ahole-Neil-S-Greenspan2.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/Ahole-Neil-S-Greenspan3.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/Ahole-Neil-S-Greenspan4.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/Ahole-Neil-S-Greenspan5.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/Ahole-Neil-S-Greenspan6.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/Ahole-Neil-S-Greenspan7.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/Ahole-Neil-S-Greenspan8.jpg
http://www.blacklistreport.com/wp-
content/uploads/2018/05/Ahole-Neil-S-Greenspan9.jpg

***AND ALL DIGITALLY IDENTICAL IMAGES WITH VARIOUS FILE
NAMES***

This letter is official notification under Section 512(c) of the Digital
Millennium Copyright Act ("DMCA"), and I seek the removal of the
aforementioned infringing material from your servers. I request
that you immediately notify the infringer of this notice and inform
them of their duty to remove the infringing material immediately,
and notify them to cease any further posting of infringing material
to your server in the future.

Please also be advised that law requires you, as a service provider,
to remove or disable access to the infringing materials upon
receiving this notice. Under US law a service provider, such as
yourself, enjoys immunity from a copyright lawsuit provided that
you act with deliberate speed to investigate and rectify ongoing
copyright infringement. If service providers do not investigate and

---

View Ticket: #KSS-207-38494                                                    7/4/18, 1:22 PM

remove or disable the infringing material this immunity is lost.
Therefore, in order for you to remain immune from a copyright
infringement action you will need to investigate and ultimately
remove or otherwise disable the infringing material from your
servers with all due speed should the direct infringer, your client,
not comply immediately.

I am providing this notice in good faith and with the reasonable
belief that rights I own are being infringed.

Under penalty of perjury I certify that the information contained in
the notification is both true and accurate, and I have the authority
to act on behalf of the owner of the copyright(s) involved.

Should you wish to discuss this with me please contact me
directly. You can reach me at aaron.greenspan@plainsite.org or by
phone at +1 415 670 9350.

Below is my digital signature in compliance with 17 U.S.C. § 512(c)
(3)(A)(i).

/s/Aaron Greenspan/
Aaron Greenspan



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.



Learn more about Namecheap →

Read our blog →

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

you@yours.com

The entirety of this site is protected by copyright © 2001–2018 Namecheap.com.

Terms and Conditions   Privacy Policy

WE SUPPORT

ELECTRONIC FRONTIER FOUNDATION

FIGHT FOR THE FUTURE

We are an ICANN accredited registrar.

*Serving customers since 2001.*

**Payment Options**

      

