

FILED

2018 AUG 13 AM 10: 26

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Aaron Greenspan (*Pro Se*)
20560 Shelburne Road
Shaker Heights, OH 44122-1941
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

IN RE: Digital Millennium Copyright Act [Subpoena] to Copyright Agent, Namecheap, Inc., Legal Department

Case No.: 1:18-mc-00071

District Judge Christopher A. Boyko

## MOTION FOR CONTEMPT SANCTIONS

Requestor Aaron Greenspan respectfully moves the Court for an Order issuing contempt sanctions against Digital Millennium Copyright Act (DMCA) Subpoena Recipient Namecheap, Inc., through its in-house counsel Jennifer Lynn Suarez and outside counsel Eugene Rome and Sridavi Ganesan. Requestor moves that each of the aforementioned attorneys be forced to pay penalties to the Court of at least $10,000.00 each for willful non-compliance with a federal subpoena, as well as Requestor's costs of $52.00. These sanctions are necessary and proper to uphold the law and ensure future compliance with subpoenas issued by the Court.

A Memorandum in support of this Motion is attached hereto and is incorporated by reference.

Respectfully submitted this 13 day of August, 2018.

*Aaron Greenspan*
Aaron Greenspan
20560 Shelburne Road
Shaker Heights, OH 44122-1941
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org