## EXHIBIT A
E-Mail Correspondence

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG 🖉
Subject: Re: Death threats via Namecheap site
Date: July 13, 2018 at 9:07 PM
To: Sridavi Ganesan sganesan@romeandassociates.com
Cc: Eugene Rome erome@romeandassociates.com

Sridavi,

Regarding the pictures, they have not been removed. There are literally hundreds of posts, which leads me to infer that you didn't even bother looking.

See:

http://www.stdregistry.com/?s=greenspan&x=0&y=0#038;x=0&y=0

See also the attached files.

Aaron

PlainSite I http://www.plainsite.org

| | | | | |
|---|---|---|---|---|
| 20180626.stdre gistry.pdf | 20180628.stdre gistry.pdf | 20180629.stdre gistry.pdf | 20180630.stdre gistry.pdf | 20180702.stdre gistry1.pdf |
| 20180702.stdre gistry2.pdf | 20180704.stdre gistry1.pdf | 20180704.stdre gistry2.pdf | | |

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG  📎
Subject: Subpoena
Date: July 24, 2018 at 1:54 PM
To: Sridavi Ganesan sganesan@romeandassociates.com
Cc: Eugene Rome erome@romeandassociates.com

Ms. Ganesan,

Please see the attached subpoena for your client, Namecheap, Inc.

Aaron

PlainSite | http://www.plainsite.org


PDF

20180724.subp
oena.pdf

From: **Eugene Rome** erome@romeandassociates.com
Subject: Automatic reply: Subpoena
Date: July 24, 2018 at 1:54 PM
To: Aaron Greenspan aaron.greenspan@plainsite.org

I will be out of the office from July 21, 2018 through July 29, 2018.  I will
have no access to e-mails or my phone. If this is an urgent matter, please
contact Sridavi Ganesan at 310-282-0690; sganesan@romeandassociates.com
or my assistant, Dahlia Smith at 310-282-0690;
dahlia@romeandassociates.com.

From:  **Sridavi Ganesan**  sganesan@romeandassociates.com
Subject:  RE: Subpoena
Date:  July 24, 2018 at 3:47 PM
To:  Aaron Greenspan  aaron.greenspan@plainsite.org
Cc:  Eugene Rome  erome@romeandassociates.com

Mr. Greenspan.  Please direct all your correspondence to legal@namecheap.com directly.  Our firm is not handling this matter.

Thank you.

Sridavi Ganesan
**Rome & Associates, A.P.C.**
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Main: (310) 282-0690 | Fax:  (310) 282-0691
Direct: (424) 256-3396
sganesan@romeandassociates.com

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Tuesday, July 24, 2018 10:54 AM
**To:** Sridavi Ganesan <sganesan@romeandassociates.com>
**Cc:** Eugene Rome <erome@romeandassociates.com>
**Subject:** Subpoena

Ms. Ganesan,

Please see the attached subpoena for your client, Namecheap, Inc.

Aaron

PlainSite | http://www.plainsite.org

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
Subject: Subpoena
Date: July 24, 2018 at 3:59 PM
To: legal@namecheap.com

To Whom It May Concern:

Please see the attached subpoena.

Aaron

PlainSite I http://www.plainsite.org



PDF

20180724.subp
oena.pdf

From: **Namecheap Legal** legal@namecheap.com
Subject: Re: Subpoena
Date: July 24, 2018 at 5:31 PM
To: Aaron Greenspan aaron.greenspan@plainsite.org
Cc: Namecheap Legal legal@namecheap.com

Dear Mr. Greenspan:

Thank you for your email.  Namecheap does not collect or retain the information you have listed in the subpoena.  So, unfortunately, there is nothing that can be produced.

Please note that we are not a Copyright Agent in law or in fact.  Under the DMCA, we provide contact information so that a compliant DMCA Takedown Order may be directed to us and we then serve it on the party alleged to be infringing.  The DMCA provides strict guidelines on what must be included and only provides for the removal of content.  You may find additional information here.

Best regards,

Namecheap Legal  .  Namecheap, Inc  .  E  legal@namecheap.com  .  W  namecheap.com

On Jul 24, 2018, at 12:59 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:

To Whom It May Concern:

Please see the attached subpoena.

Aaron

PlainSite I http://www.plainsite.org
<20180724.subpoena.pdf>

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG  📎
Subject: Re: Subpoena
Date: July 24, 2018 at 5:39 PM
To: Namecheap Legal  legal@namecheap.com
Cc: Sridavi Ganesan sganesan@romeandassociates.com, Eugene Rome erome@romeandassociates.com

To Whom It May Concern:

Your own website states that you do, in fact, collect and retain the information we have listed in the subpoena. See attached and below:

"Using the Raw Access Logs menu in cPanel, you can check the traffic coming to your website before it is turned into a report by the statistics software. It is a great functionality to take a closer look at the type of the requests your websites are getting..."

"If you wish to download archived logs which are stored in the account home directory, click on the corresponding one in the Archived Raw Logs section..."

Comply with the subpoena or I will put this matter before a judge.

Aaron

PlainSite | http://www.plainsite.org

> On Jul 24, 2018, at 5:31 PM, Namecheap Legal <legal@namecheap.com> wrote:
>
> Dear Mr. Greenspan:
>
> Thank you for your email.  Namecheap does not collect or retain the information you have listed in the subpoena.  So, unfortunately, there is nothing that can be produced.
>
> Please note that we are not a Copyright Agent in law or in fact.  Under the DMCA, we provide contact information so that a compliant DMCA Takedown Order may be directed to us and we then serve it on the party alleged to be infringing.  The DMCA provides strict guidelines on what must be included and only provides for the removal of content.  You may find additional information here.
>
> Best regards,
>
> Namecheap Legal  .  Namecheap, Inc  .  E  legal@namecheap.com  .  W  namecheap.com
>
> On Jul 24, 2018 at 12:58 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>
> To Whom It May Concern:
>
> Please see the attached subpoena.
>
> Aaron
>
> PlainSite | http://www.plainsite.org
> 20180724 subpoena.pdf



20180724.logs.
pdf



SUPPORT ▾   SIGN IN ▾   SIGN UP

namecheap

Support → Knowledgebase → Hosting → cPanel questions



Apps    General & Support    Checkout & Billing    Domains

WhoisGuard    Domain Transfers    Hosting    Email service

SSL Certificates    My Account    Affiliates    API & Resellers

Legacy Products    PremiumDNS

## How can I check my website access logs?

Using the **Raw Access Logs** menu in cPanel, you can check the traffic coming to your website before it is turned into a report by the statistics software. It is a great functionality to take a closer look at the type of the requests your websites are getting.

You can access it in the following way:

for cPanel paper_lantern theme
for cPanel x3 theme

**for cPanel paper_lantern theme:**

Log into your **cPanel** > **Metrics** section > **Raw Access** menu:



In the **Configure Logs** section, you can set up cPanel to automatically archive and remove the logs.

Make the necessary changes and click on **Save** to apply them:



The **Download Current Raw Access Logs** option allows downloading the corresponding log

for certain domain(-s):

- **Domain:** list of the domains in your account
- **Last Update:** the latest date when the log was updated
- **Disk Usage:** the amount of the disk space the log file takes
- **Linked Domains:** list of the addon/parked domains

To download the archived log file, simply click on the domain in question:

## Download Current Raw Access Logs

Click the domain name that corresponds to the raw access log that you want to download.

| Domain | Last Update | Disk Usage | Linked Domains |
|---|---|---|---|
| *.nctest.info | Thu Aug 25 13:05:59 2016 | None | |
| nctest.info | Tue Nov 1 08:10:32 2016 | None | |
| nctutorial.nctest.info | Wed Aug 17 22:06:32 2016 | None | nctutorial.com |

Once downloaded, extract the file locally and view it using any text editor. You will see the following output:

Each line begins with the **identity of the agent** that visited your website (generally, an IP address is recorded).

Next, the **date** and **time** are logged.

Then you may see the **type of HTTP request** sent by the agent (usually GET or POST).

The next field is a **relative path to a file/image/query** and **HTTP version** (1.1 in the example).

A three-digit code displayed specifies the **resulting status of the request**: 404 – not found, 200 – success.

The next portion of logs identifies the **referrer**, if any - a hyphen in our example. Although, null-referrer values are common for robots, the actual URI data is generally typical for human users.

Finally, the **formal identity** and **credentials of the user-agent** are specified.

If you wish to download archived logs which are stored in the account home directory, click on the corresponding one in the **Archived Raw Logs** section:

---

**DOMAINS**

## Archived Raw Logs

Click on a log archive to download it.

nctest.info-Oct-2016.gz

nctest.info-Nov-2016.gz

---

If you would like to see the advanced graphical reports for the hosted domains, use the **Awstats** menu.

**for cPanel x3 theme:**

Log into cPanel > **Logs** section > **Raw Access Logs** menu:



In the **Configure Logs** section, you can set up cPanel to automatically archive and remove the logs.

Make the necessary changes and click on **Save** to apply them:



The **Download Current Raw Access Logs** option allows downloading the corresponding log for certain domain(-s):

- **Domain:** list of the domains in your account.
- **Last Update:** the latest date when the log was updated.
- **Disk Usage:** the amount of the disk space the log file takes.
- **Linked Domains:** list of the addon/parked domains.

To download the zipped log file, simply click on the domain in question:

**Download Current Raw Access Logs**

Please click the domain corresponding to the raw access log you wish to download:

| Domain | Last Update | Disk Usage | Linked Domains |
|---|---|---|---|
| example.com | Sat May 16 23:53:39 2015 | 47.45 KB | |
| nctest.example.com | Sat May 16 20:16:04 2015 | None | nctest.info |

Once downloaded, extract the file locally and view it using any text editor. You will see the following output:

Each line begins with the **identity of the agent** that visited your website (generally, an IP address is recorded).

Next, the **date and time** are logged.

Then you may see the **type of HTTP request** sent by the agent (usually GET or POST).

The next field is a **relative path to a file/image/query** and HTTP version (1.1 in the example).

A three-digit code displayed specifies the **resulting status of the request**: 404 -- not found, 200 – success.

The next portion of logs identifies **the referrer**, if any - a hyphen in our example. Although, null-referrer values are common for robots, the actual URI data is generally typical for human users.

Finally, **the formal identity** and **credentials of the user-agent** are specified.

If you wish to download archived logs which are stored in the account home directory, click on the corresponding one in the **Archived Raw Logs** section:



If you would like to see the advanced graphical reports for the hosted domains, use the **Awstats** menu.

That's it!

Need any help? Contact our HelpDesk

## Associated Articles

📄  What website statistics software can I use?

Usefulness

⭐ ⭐ ⭐ ⭐ ⭐

Updated
11/3/2016



How can I check my website access logs? - Hosting - Namecheap.com
Case: 1:18-mc-00071-CAB Doc #: 2-2 Filed: 08/13/18 16 of 42. PageID #: 70
7/24/18, 5:36 PM

Viewed
**16547** times

# Comments

We welcome your comments, questions, corrections and additional information relating to this article. Your comments may take some time to appear. Please be aware that off-topic comments will be deleted.

If you need specific help with your account, feel free to contact our Support Team. Thank you.

---

**1 Comment**          **Namecheap.com**                                     **Login**  ⌄

♡ **Recommend**          ↗ **Share**                                          Sort by **Best**  ⌄

 **Join the discussion…**

**LOG IN WITH**          OR SIGN UP WITH DISQUS ⑦

          Name

  **Admin Cafeimers** · 8 months ago
**Very Helpful**
**Thankyou**
        ∧  ∨  · **Reply**  · Share ›

---

✉ Subscribe    ⓓ Add Disqus to your siteAdd DisqusAdd    🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy   **DISQUS**

# Need help?

We're always here for you.

Chat with a Live Person



namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

you@yours.com                                                    Join

The entirety of this site is protected by copyright © 2001–2018 Namecheap.com.

Terms and Conditions     Privacy Policy     UDRP

## WE SUPPORT



ELECTRONIC FRONTIER FOUNDATION

FIGHT FOR THE FUTURE



We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

     

SECURE

  

From: **Jenn Suarez** jenn@namecheap.com
Subject: Re: Subpoena
Date: July 24, 2018 at 5:48 PM
To: Aaron Greenspan aaron.greenspan@plainsite.org
Cc: Namecheap Legal legal@namecheap.com, Sridavi Ganesan sganesan@romeandassociates.com, Eugene Rome erome@romeandassociates.com

Mr. Greenspan -

Let me address your email. Your interpretation is incorrect. The logs referenced below are logs of IP addresses of visitors who visit a customers hosted website. They are in now way related to content posted by a customer; rather they allow a customer to assess the traffic / visitors their site generates.

Moreover, Namecheap fully and faithfully responds to every subpoena we receive. We take issue with the suggestion that we would misrepresent what type of data we collect. If we had the data you are seeking, we would obviously provide it.

Jennifer Suarez

> On Jul 24, 2018, at 2:39 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>
> To Whom It May Concern:
>
> Your own website states that you do, in fact, collect and retain the information we have listed in the subpoena. See attached and below:
>
> "Using the Raw Access Logs menu in cPanel, you can check the traffic coming to your website before it is turned into a report by the statistics software. It is a great functionality to take a closer look at the type of the requests your websites are getting..."
>
> "If you wish to download archived logs which are stored in the account home directory, click on the corresponding one in the Archived Raw Logs section..."
>
> Comply with the subpoena or I will put this matter before a judge.
>
> Aaron
>
> PlainSite | http://www.plainsite.org
>
> > On Jul 24, 2018, at 6:31 PM, Namecheap Legal <legal@namecheap.com> wrote:
> >
> > Dear Mr. Greenspan:
> >
> > Thank you for your email. Namecheap does not collect or retain the information you have listed in the subpoena. So, unfortunately, there is nothing that can be produced.
> >
> > Please note that we are not a Copyright Agent in law or in fact. Under the DMCA, we provide contact information so that a compliant DMCA Takedown Order may be directed to us and we then serve it on the party alleged to be infringing. The DMCA provides strict guidelines on what must be included and only provides for the removal of content. You may find additional information **here**
> >
> > Best regards
> >
> > Namecheap Legal . Namecheap, Inc . E legal@namecheap.com . W namecheap.com
> >
> >
> >              aaron.greenspan@plainsite.org
> >
> >
> >
> >
> >         http://www.plainsite.org
>
> <20180724 logs.pdf>

Jennifer Suarez    Namecheap, Inc . E jenn@namecheap.com . W namecheap.com

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
Subject: Re: Subpoena
Date: July 24, 2018 at 5:53 PM
To: Jenn Suarez jenn@namecheap.com
Cc: Namecheap Legal legal@namecheap.com, Sridavi Ganesan sganesan@romeandassociates.com, Eugene Rome
erome@romeandassociates.com

Ms. Suarez,

The logs referenced on your support page and in your e-mail, "logs of IP addresses of visitors who visit a customers [sic] hosted website" are exactly what the subpoena requests. They are completely related to content posted by visitors (and possibly Namecheap customers as well, to the extent they visit their own sites), which is what the subpoena commands you to produce.

Your interpretation of the DMCA is also completely faulty. You are in fact required by law to have a Copyright Agent in order to maintain immunity. See 15 U.S.C. § 512(c)(2). Your designated agent is:

| | |
|---|---|
| Service Provider: | Namecheap, Inc.<br>4600 EAST WASHINGTON STREET<br>SUITE 305<br>PHOENIX, AZ  85034 |
| Designated Agent: | Sergio Hernandez<br>Namecheap Legal<br>4600 East Washington Street<br>Suite 305<br>Phoenix, AZ  85034<br>Phone: 6613102107<br>Email: legal@namecheap.com |
| Status: | Active |
| Effective: | December 21, 2017 to Present |

Therefore, your statement that, "we are not a Copyright Agent in law or in fact" is misleading or false.

Now that you have confirmed that the information exists and is in your possession, please comply immediately.

Aaron

PlainSite I http://www.plainsite.org

On Jul 24, 2018, at 5:48 PM, Jenn Suarez <jenn@namecheap.com> wrote:

Mr Greenspan -

Let me address your email.  Your interpretation is incorrect.  The logs referenced below are logs of IP addresses of visitors who visit a customers hosted website.  They are in now way related to content posted by a customer, rather they allow a customer to assess the traffic / visitors their site generates.

Moreover, Namecheap fully and faithfully responds to every subpoena we receive.  We take issue with the suggestion that we would misrepresent what type of data we collect.  If we had the data you are seeking, we would obviously provide it.

Jennifer Suarez

aaron.greenspan@plainsite.org

http://www.plainsite.org

legal@namecheap.com

here

Namecheap Legal . Namecheap, Inc . E legal@namecheap.com . W namecheap.com

aaron.greenspan@plainsite.org

http://www.plainsite.org

Jennifer Suarez . Namecheap, Inc . E jenn@namecheap.com . W namecheap.com

From: **Jenn Suarez** jenn@namecheap.com
Subject: Re: Subpoena
Date: July 24, 2018 at 6:40 PM
To: Aaron Greenspan aaron.greenspan@plainsite.org
Cc: Namecheap Legal legal@namecheap.com, Sridavi Ganesan sganesan@romeandassociates.com, Eugene Rome erome@romeandassociates.com

Mr. Greenspan,

This is not accurate. The logs are IP addresses of any/all visitors who clicked onto the site. There is not a way to link any of the IP addresses or logs to an upload or to a post with your name - as directed by the subpoena. We reiterate again that the information requested in the subpoena cannot be provided.

Regarding the DMCA, we are required to designate an "agent" to receive DMCA copyright notices. Namecheap's agent for notices is who you have referenced in your email. Having a designated agent for notices is not the same as being a copyright agent. Both the statute and the listing below reflect that this person is a Designated Agent only.

Regardless, I understand from my team that you have sought to have images removed from one of the sites. I'm not sure if this is the basis for the subpoena. However, if it is, my recommendation would be the following. You could submit a DMCA Takedown Notice to us regarding the images that contain your/your family's likeness. This is a process that is expedited and does not require a court. See: https://www.namecheap.com/legal/general/copyright-trademark-policies.aspx  Alternatively, you may seek a court order against the customer and/or website(s) instructing the removal of content. If the order is against the entire website, it is then applied across the full site and the content must be removed regardless of who posted it. Depending on the situation, this may be a better solution.

In closing, it is not our practice nor intent to disregard a subpoena. If you decide to submit a DMCA Takedown and/or a court order against the site(s), you may direct it to us at legal@namecheap.com and we will handle it directly.

J

On Jul 24, 2018, at 2:53 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:

Ms. Suarez,

The logs referenced on your support page and in your e-mail, "logs of IP addresses of visitors who visit a customers [sic] hosted website" are exactly what the subpoena requests. They are completely related to content posted by visitors (and possibly Namecheap customers as well, to the extent they visit their own sites), which is what the subpoena commands you to produce.

Your interpretation of the DMCA is also completely faulty. You are in fact required by law to have a Copyright Agent in order to maintain immunity. See 15 U.S.C. § 512(c)(2). Your designated agent is:

| | |
|---|---|
| Service Provider: | Namecheap, Inc.<br>4600 EAST WASHINGTON STREET<br>SUITE 305<br>PHOENIX, AZ  85034 |
| Designated Agent: | Sergio Hernandez<br>Namecheap Legal<br>4600 East Washington Street<br>Suite 305<br>Phoenix, AZ  85034<br>Phone: 6613102107<br>Email: legal@namecheap.com |
| Status: | Active |
| Effective: | December 21, 2017 to Present |

Therefore, your statement that "we are not a Copyright Agent in law or in fact" is misleading or false.

Now that you have confirmed that the information exists and is in your possession, please comply immediately.

Aaron

PlainSite | http://www.plainsite.org



aaron.greenspan@plainsite.org

http://www.plainsite.org

legal@namecheap.com

here

Namecheap Legal · Namecheap, Inc · E legal@namecheap.com · W namecheap.com

aaron.greenspan@plainsite.org

http://www.plainsite.org

Jennifer Suarez · Namecheap, Inc · E jenn@namecheap.com · W namecheap.com

Jennifer Suarez · Namecheap, Inc · E jenn@namecheap.com · W namecheap.com

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
Subject: Re: Subpoena
Date: July 24, 2018 at 6:52 PM
To: Jenn Suarez jenn@namecheap.com
Cc: Namecheap Legal legal@namecheap.com, Sridavi Ganesan sganesan@romeandassociates.com, Eugene Rome
erome@romeandassociates.com

Ms. Suarez,

I'm not sure how to be any clearer, though perhaps talking on the phone could alleviate any confusion.

I have provided you with a valid federal subpoena. You are required to comply. Despite your false claims, there is, in fact, a way to "link any of the IP addresses or logs to an upload or to a post with your name". As your own support page clearly shows, Apache HTTP/HTTPS logs contain the URL of the page accessed, e.g. "GET /cgi-bin/test.py" in the example on the page (page 6 of the PDF I sent). Therefore, instead of searching for lines matching "test.py," I am asking you to search for lines that match "greenspan," and any other URL that corresponds to a page containing the term "greenspan" where "greenspan" may not be in the URL itself. The Linux commands to do that would be as follows, assuming that the site is located in /home/sites/example/html and your log file is called web.log:

grep -R greenspan /home/sites/example/html

[Compile file names of matching pages from grep results]

egrep '(greenspan|[name 1]|[name 2]|[name 3]|[…]|[name n])' web.log > greenspan.log

I expect you have sysadmin personnel who are familiar with these types of commands. Or, if these sites use WordPress, which I believe they do, you could also search the WordPress MySQL database for each site for content matching "greenspan" with SQL, and use the corresponding URLs with grep and the log files. There are therefore at least two methods to comply with the subpoena, and probably more.

These are standard types of requests for hosting providers to handle. I myself have managed Linux servers for 20 years and know how hosting platforms generally work. I also know the law (which makes this subpoena the best path to take, as opposed to further DMCA takedown requests). Based on your responses so far, it appears to me that you do not intend to comply. If this is actually the case, please let me know and I will file a motion to compel and/or a lawsuit. Generally, I'd ask that you stop wasting my time with your obstructionist nonsense.

You can reach me by phone at +1 415 670 9350 if you think that would assist in resolving this issue.

Aaron

PlainSite | http://www.plainsite.org

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
Subject: Re: Subpoena
Date: July 24, 2018 at 7:58 PM
To: Jenn Suarez jenn@namecheap.com
Cc: Namecheap Legal legal@namecheap.com, Sridavi Ganesan sganesan@romeandassociates.com, Eugene Rome
erome@romeandassociates.com

Ms. Suarez,

Correcting a typo in my prior message, the correct citation for the Designated Agent is 17 U.S.C. § 512(c)(2).

If your staff cannot handle the process of searching through log files, you are also welcome to simply send the entire visitor log for each site as a tarball and I can search through them myself for the relevant data.

Aaron

PlainSite I http://www.plainsite.org

From: **Sridavi Ganesan** sganesan@romeandassociates.com
Subject: RE: Subpoena
Date: August 6, 2018 at 8:17 PM
To: Aaron Greenspan aaron.greenspan@plainsite.org
Cc: Namecheap Legal legal@namecheap.com, **Eugene Rome** erome@romeandassociates.com, **Jenn Suarez** jenn@namecheap.com

Mr. Greenspan,

Namecheap does not have any record of the subpoena you refer to being served at their offices, as is required under the Federal Rules of Civil Procedure.  If you have served it, please provide us with proof.

Thank you.

Sridavi Ganesan
**Rome & Associates, A.P.C.**
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Main: (310) 282-0690 | Fax:  (310) 282-0691
Direct: (424) 256-3396
sganesan@romeandassociates.com

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Monday, August 6, 2018 11:06 AM
**To:** Jenn Suarez <jenn@namecheap.com>
**Cc:** Namecheap Legal <legal@namecheap.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; Eugene Rome <erome@romeandassociates.com>
**Subject:** Re: Subpoena

Ms. Suarez,

Your subpoena response in Northern District of Ohio Case No. 1:18-mc-00071 was due over an hour ago (today, August 6, 2018 at 1:00 P.M. Eastern Time).

Barring the immediate receipt of the server logs in question, I plan to instigate proceedings to have you, Sridavi Ganesan and Eugene Rome held in contempt of court.

Aaron

PlainSite | http://www.plainsite.org

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG  🖉
Subject: Re: Subpoena
Date: August 6, 2018 at 9:14 PM
To: Sridavi Ganesan sganesan@romeandassociates.com
Cc: Namecheap Legal legal@namecheap.com, **Eugene Rome** erome@romeandassociates.com, **Jenn Suarez** jenn@namecheap.com

Sridavi,

Nice to see that your firm is, in fact, handling this matter, despite your prior statement to the contrary.

You consented to electronic service on behalf of your client by directing me to e-mail legal@namecheap.com on July 24, 2018 at 3:46 P.M. EDT (see below). Even if you now claim that you did not, Namecheap also consented to electronic service by A) acknowledging receipt and B) discussing the subpoena, both as "legal@namecheap.com" and via its nominal general counsel, Jenn Suarez.

Our mail server confirms that the e-mail message containing the subpoena...

```
Jul 24 16:00:05 kermit sendmail[7846]: w6OJxjHm007837: to=<legal@namecheap.com>, ctladdr=
<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:19, xdelay=00:00:16, mailer=esmtp,
pri=2328080, relay=smx.registrar-servers.com. [162.255.118.62], dsn=2.0.0, stat=Sent (OK
id=1fi3TO-0002Dx-Ir)
```

...as well as the follow-up messages discussing the subpoena, were all received successfully by Namecheap, Inc.'s mail server, as indicated by the text "stat=Sent (OK":

```
Jul 24 17:31:25 kermit sendmail[18468]: w6OLVNG6018468: from=<legal@namecheap.com>, size=9664,
class=0, nrcpts=1, msgid=<6715AF85-61A1-4939-9B39-6BF8A653AE9F@namecheap.com>, proto=ESMTP,
daemon=MTA, relay=mta-08-2.privateemail.com [198.54.127.48]
Jul 24 17:39:27 kermit sendmail[19181]: w6OLdE0b019176: to=<legal@namecheap.com>, ctladdr=
<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:12, xdelay=00:00:10, mailer=esmtp,
pri=1204820, relay=smx.registrar-servers.com. [162.255.118.62], dsn=2.0.0, stat=Sent (OK
id=1fi51c-0006Sk-60)
Jul 24 17:53:56 kermit sendmail[20856]: w6OLragE020854: to=<legal@namecheap.com>,
<jenn@namecheap.com>, ctladdr=<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:19,
xdelay=00:00:18, mailer=esmtp, pri=240984, relay=smx.registrar-servers.com. [162.255.118.61],
dsn=2.0.0, stat=Sent (OK id=1fi5Fb-0005co-1n)
Jul 24 18:53:13 kermit sendmail[27745]: w6OMqwjk027743: to=<legal@namecheap.com>,
<jenn@namecheap.com>, ctladdr=<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:13,
xdelay=00:00:12, mailer=esmtp, pri=213224, relay=smx.registrar-servers.com. [162.255.118.62],
dsn=2.0.0, stat=Sent (OK id=1fi6B3-00073T-54)
Jul 24 19:58:41 kermit sendmail[3448]: w6ONwSpk003431: to=<legal@namecheap.com>,
<jenn@namecheap.com>, ctladdr=<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:12,
xdelay=00:00:11, mailer=esmtp, pri=213290, relay=smx.registrar-servers.com. [162.255.118.61],
dsn=2.0.0, stat=Sent (OK id=1fi7CP-00042L-HU)
```

Additional proof would be the e-mail messages those log entries represent.

As to your false contention about the Federal Rules of Civil Procedure, "Rule 45 itself does not expressly require personal in-hand service, and a practical appreciation for the fact that the obvious purpose of Rule 45(b) is to mandate effective notice to the subpoenaed party, rather than slavishly adhere to one particular type of service." *Hall v. Sullivan*, 229 F.R.D. 501, 505 (D. Md. 2005). Furthermore, as you surely know, electronic (e-mail) service is standard for federal cases handled via PACER and CM/ECF.

See also 17 U.S.C. § 512(h)(5), which states, "Upon **receipt** of the issued subpoena, either accompanying or subsequent to the receipt of a notification described in subsection (c)(3)(A), the service provider shall expeditiously disclose to the copyright owner or person authorized by the copyright owner the information required by the subpoena…" (emphasis added). Your client clearly "received" the subpoena and has been on notice since July 24, 2018.

Jenn Suarez—who does not even appear to be licensed to practice law in Nevada, and regardless of her employment status cannot possibly fulfill the strict requirements of Supreme Court of Nevada Rule 49.10 while she is also advertising "Legal" services in Nevada through Nevada-based Timbit Consulting LLC—has already admitted that the log files demanded exist. Simply claiming that I do not want those logs, when I have clearly stated that I do, will not work.

Send the logs now or I will motion for sanctions on all of you.

Aaron

PlainSite I http://www.plainsite.org

—

> Begin forwarded message:
>
> **From:** Sridavi Ganesan <sganesan@romeandassociates.com>
> **Subject: RE: Subpoena**
> Date: July 24, 2018 at 3:46:58 PM EDT

Date: July 24, 2018 at 3:40:00 PM EDT

**To:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Cc:** Eugene Rome <erome@romeandassociates.com>

Mr. Greenspan.  Please direct all your correspondence to legal@namecheap.com directly.  Our firm is not handling this matter.

Thank you.


Sridavi Ganesan
**Rome & Associates, A.P.C.**
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Main: (310) 282-0690 | Fax:  (310) 282-0691
Direct: (424) 256-3396
sganesan@romeandassociates.com

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.


**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Tuesday, July 24, 2018 10:54 AM
**To:** Sridavi Ganesan <sganesan@romeandassociates.com>
**Cc:** Eugene Rome <erome@romeandassociates.com>
**Subject:** Subpoena

Ms. Ganesan,

Please see the attached subpoena for your client, Namecheap, Inc.

Aaron

PlainSite | http://www.plainsite.org

On Aug 6, 2018, at 8:17 PM, Sridavi Ganesan <sganesan@romeandassociates.com> wrote:

Mr. Greenspan,

Namecheap does not have any record of the subpoena you refer to being served at their offices, as is required under the Federal Rules of Civil Procedure.  If you have served it, please provide us with proof.

Thank you.

Sridavi Ganesan

**Rome & Associates, A.P.C.**
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Main: (310) 282-0690 | Fax:  (310) 282-0691
Direct: (424) 256-3396
sganesan@romeandassociates.com

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

From: Aaron Greenspan <aaron.greenspan@plainsite.org>
Sent: Monday, August 6, 2018 11:06 AM
To: Jenn Suarez <jenn@namecheap.com>
Cc: Namecheap Legal <legal@namecheap.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; Eugene Rome <erome@romeandassociates.com>
Subject: Re: Subpoena

Ms. Suarez,

Your subpoena response in Northern District of Ohio Case No. 1:18-mc-00071 was due over an hour ago (today, August 6, 2018 at 1:00 P.M. Eastern Time).

Barring the immediate receipt of the server logs in question, I plan to instigate proceedings to have you, Sridavi Ganesan and Eugene Rome held in contempt of court.

Aaron

PlainSite I http://www.plainsite.org




Leadership &
Talent
Development,
Legal


Legal, General
Counsel

TIMBIT CONSULTING LLC       THE IN ·· OUR MISSION · OUR TEAM · CAREERS · CO

## Where can you find us?

Our headquarters are located in the city of Las Vegas, Nevada, while our diverse working areas are located all around the world.



Start your future now.

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
Subject: Re: Subpoena
Date: August 6, 2018 at 2:05 PM
To: Jenn Suarez jenn@namecheap.com
Cc: Namecheap Legal legal@namecheap.com, **Sridavi Ganesan** sganesan@romeandassociates.com, Eugene Rome
     erome@romeandassociates.com

Ms. Suarez,

Your subpoena response in Northern District of Ohio Case No. 1:18-mc-00071 was due over an hour ago (today, August 6, 2018 at 1:00 P.M. Eastern Time).

Barring the immediate receipt of the server logs in question, I plan to instigate proceedings to have you, Sridavi Ganesan and Eugene Rome held in contempt of court.

Aaron

PlainSite | http://www.plainsite.org

From:  **Sridavi Ganesan** sganesan@romeandassociates.com
Subject:  RE: Subpoena
Date:  August 7, 2018 at 8:59 PM
To:  Aaron Greenspan  aaron.greenspan@plainsite.org
Cc:  Eugene Rome  erome@romeandassociates.com

Mr. Greenspan,

Our firm has recently accepted representation of this matter.  Please note that email service of a subpoena is appropriate if the receiving party agrees to accept service of the subpoena.  Neither Namecheap nor my firm accepted service of the subpoena you forwarded to us.  Discussing or even reading the subpoena does not equate with acceptance of service.  Therefore, the subpoena was not properly served.  However, as a courtesy, my firm will today agree to accept service of the subpoena by email.  Please forward me a copy of the subpoena again.

We will need a time to prepare a response.   We propose to provide you a response by August 17.

Thank you.
Sridavi

Sridavi Ganesan
**Rome & Associates, A.P.C.**
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Main: (310) 282-0690 | Fax:  (310) 282-0691
Direct: (424) 256-3396
sganesan@romeandassociates.com

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Monday, August 6, 2018 6:15 PM
**To:** Sridavi Ganesan <sganesan@romeandassociates.com>
**Cc:** Namecheap Legal <legal@namecheap.com>; Eugene Rome <erome@romeandassociates.com>; Jenn Suarez <jenn@namecheap.com>
**Subject:** Re: Subpoena

Sridavi,

Nice to see that your firm is, in fact, handling this matter, despite your prior statement to the contrary.

You consented to electronic service on behalf of your client by directing me to e-mail legal@namecheap.com on July 24, 2018 at 3:46 P.M. EDT (see below). Even if you now claim that you did not, Namecheap also consented to electronic service by A) acknowledging receipt and B) discussing the subpoena, both as "legal@namecheap.com" and via its nominal general counsel, Jenn Suarez.

Our mail server confirms that the e-mail message containing the subpoena...

```
Jul 24 16:00:05 kermit sendmail[7846]: w6OJxjHm007837: to=
<legal@namecheap.com>, ctladdr=<aaron.greenspan@plainsite.org>
(1072/1035), delay=00:00:19, xdelay=00:00:16, mailer=esmtp,
pri=2328080, relay=smx.registrar-servers.com. [162.255.118.62],
dsn=2.0.0, stat=Sent (OK id=1fi3TO-0002Dx-Ir)
```

...as well as the follow-up messages discussing the subpoena, were all received successfully by Namecheap, Inc.'s mail server, as indicated by the text "stat=Sent (OK":

```
Jul 24 17:31:25 kermit sendmail[18468]: w6OLVNG6018468: from=
<legal@namecheap.com>, size=9664, class=0, nrcpts=1, msgid=
<6715AF85-61A1-4939-9B39-6BF8A653AE9F@namecheap.com>,
proto=ESMTP, daemon=MTA, relay=mta-08-2.privateemail.com
[198.54.127.48]
Jul 24 17:39:27 kermit sendmail[19181]: w6OLdE0b019176: to=
<legal@namecheap.com>, ctladdr=<aaron.greenspan@plainsite.org>
(1072/1035), delay=00:00:12, xdelay=00:00:10, mailer=esmtp,
pri=1204820, relay=smx.registrar-servers.com. [162.255.118.62],
dsn=2.0.0, stat=Sent (OK id=1fi51c-0006Sk-60)
Jul 24 17:53:56 kermit sendmail[20856]: w6OLragE020854: to=
<legal@namecheap.com>,<jenn@namecheap.com>, ctladdr=
<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:19,
xdelay=00:00:18, mailer=esmtp, pri=240984, relay=smx.registrar-
servers.com. [162.255.118.61], dsn=2.0.0, stat=Sent (OK
id=1fi5Fb-0005co-1n)
Jul 24 18:53:13 kermit sendmail[27745]: w6OMqwjk027743: to=
<legal@namecheap.com>,<jenn@namecheap.com>, ctladdr=
<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:13,
xdelay=00:00:12, mailer=esmtp, pri=213224, relay=smx.registrar-
servers.com. [162.255.118.62], dsn=2.0.0, stat=Sent (OK
id=1fi6B3-00073T-54)
Jul 24 19:58:41 kermit sendmail[3448]: w6ONwSpk003431: to=
<legal@namecheap.com>,<jenn@namecheap.com>, ctladdr=
<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:12,
xdelay=00:00:11, mailer=esmtp, pri=213290, relay=smx.registrar-
servers.com. [162.255.118.61], dsn=2.0.0, stat=Sent (OK
id=1fi7CP-00042L-HU)
```

Additional proof would be the e-mail messages those log entries represent.

As to your false contention about the Federal Rules of Civil Procedure, "Rule 45 itself does not expressly require personal in-hand service, and a practical appreciation for the fact that the obvious purpose of Rule 45(b) is to mandate effective notice to the subpoenaed party, rather than slavishly adhere to one particular type of service." *Hall v. Sullivan*, 229 F.R.D. 501, 505 (D. Md. 2005). Furthermore, as you surely know, electronic (e-mail) service is standard for federal cases handled via PACER and CM/ECF.

See also 17 U.S.C. § 512(h)(5), which states, "Upon **receipt** of the issued subpoena, either accompanying or subsequent to the receipt of a notification described in subsection (c)(3)(A), the service provider shall expeditiously disclose to the copyright owner or person authorized by the copyright owner the information required by the subpoena..." (emphasis added). Your client clearly "received" the subpoena and has been on notice since July 24, 2018.

Jenn Suarez—who does not even appear to be licensed to practice law in Nevada, and regardless of her employment status cannot possibly fulfill the strict requirements of Supreme Court of Nevada Rule 49.10 while she is also advertising "Legal" services in Nevada through Nevada-based Timbit Consulting LLC—has already admitted that the log files demanded exist. Simply claiming that I do not want those logs, when I have clearly stated that I do, will not work.

Send the logs now or I will motion for sanctions on all of you.

Aaron

PlainSite | http://www.plainsite.org

—

> Begin forwarded message:
>
> **From:** Sridavi Ganesan <sganesan@romeandassociates.com>
> **Subject: RE: Subpoena**
> **Date:** July 24, 2018 at 3:46:58 PM EDT
> **To:** Aaron Greenspan <aaron.greenspan@plainsite.org>
> **Cc:** Eugene Rome <erome@romeandassociates.com>
>
> Mr. Greenspan.  Please direct all your correspondence to legal@namecheap.com directly.  Our firm is not handling this matter.
>
> Thank you.
>
> Sridavi Ganesan
> **Rome & Associates, A.P.C.**
> 2029 Century Park East, Suite 450
> Los Angeles, CA 90067
> Main: (310) 282-0690 | Fax:  (310) 282-0691
> Direct: (424) 256-3396
> sganesan@romeandassociates.com
>
> ~~ www.romeandassociates.com ~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Tuesday, July 24, 2018 10:54 AM
**To:** Sridavi Ganesan <sganesan@romeandassociates.com>
**Cc:** Eugene Rome <erome@romeandassociates.com>
**Subject:** Subpoena

Ms. Ganesan,

Please see the attached subpoena for your client, Namecheap, Inc.

Aaron

PlainSite I http://www.plainsite.org


On Aug 6, 2018, at 8:17 PM, Sridavi Ganesan <sganesan@romeandassociates.com> wrote:

Mr. Greenspan,

Namecheap does not have any record of the subpoena you refer to being served at their offices, as is required under the Federal Rules of Civil Procedure.  If you have served it, please provide us with proof.

Thank you.

Sridavi Ganesan
**Rome & Associates, A.P.C.**
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Main: (310) 282-0690 | Fax:  (310) 282-0691
Direct: (424) 256-3396
sganesan@romeandassociates.com

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and

dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Monday, August 6, 2018 11:06 AM
**To:** Jenn Suarez <jenn@namecheap.com>
**Cc:** Namecheap Legal <legal@namecheap.com>; Sridavi Ganesan <sganesan@romeandassociates.com>; Eugene Rome <erome@romeandassociates.com>
**Subject:** Re: Subpoena

Ms. Suarez,

Your subpoena response in Northern District of Ohio Case No. 1:18-mc-00071 was due over an hour ago (today, August 6, 2018 at 1:00 P.M. Eastern Time).

Barring the immediate receipt of the server logs in question, I plan to instigate proceedings to have you, Sridavi Ganesan and Eugene Rome held in contempt of court.

Aaron

PlainSite | http://www.plainsite.org



Timbit Consulting, LLC was created by self-starters. We are passionate about new projects, determined talent, and exciting companies from around the world!



## Leadership & Talent Development, Legal

Jennifer Sussex is the ultimate triple threat: an implementer, a strategist, and a recompleter. Specializing in the elements of execution, Jennifer's company Jennifer Sussex & Associates, LLP works wholistically on innovation, business strategy, operations, talent management and marketing. As a lawyer, SMM or ShP, Jennifer has worked at other companies such as CBS, Inc., Deloitte, Accenture, and NeverLeap, Jennifer loves to Get Things Done.



## Legal, General Counsel

Eugene Rone has over 10 years experience as an accomplished litigator and transactional attorney representing clients in both the United States and abroad in areas of intellectual property law, domain name disputes, art law, and entertainment and business litigation. He is currently principal to his Los Angeles-based company Rone & Associates, A.P.C. He is fluent in Russian and speaks conversational French.

## Where can you find us?

Our front guys are located in downtown Las Vegas, Nevada while our discreet office guys are located all around the world.






Start your future now.

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
Subject: Re: Subpoena
Date: August 7, 2018 at 9:05 PM
To: Sridavi Ganesan sganesan@romeandassociates.com
Cc: Eugene Rome erome@romeandassociates.com

Sridavi,

You and your client can't wait until after the deadline has passed to suddenly pretend there's a service issue, which there never was. If you want to try to explain that to a judge, go ahead.

Nonetheless, I am willing to give you until August 10th to provide a response—namely, the logs requested—before I file my motion for sanctions. This is non-negotiable. I have a court hearing related to this matter on August 14th and my counsel needs time to prepare.

You already have the subpoena.

Aaron

PlainSite I http://www.plainsite.org

From: **Sridavi Ganesan** sganesan@romeandassociates.com
Subject: RE: Subpoena
Date: August 7, 2018 at 9:08 PM
To: Aaron Greenspan aaron.greenspan@plainsite.org
Cc: Eugene Rome erome@romeandassociates.com

Mr. Greenspan,

As I mentioned, we only accepted service of the subpoena TODAY, i.e. August 7.   August 10 is not enough time to provide a response, especially given that you never properly served the subpoena in the first place.  As I mentioned, we will provide a response by August 17.  IF you, instead, want to bring your motion for sanctions, feel free to do so.  It will be denied due to improper service.

Further, PLEASE PROVIDE ME A COPY OF THE SUBPOENA.

Sridavi

Sridavi Ganesan
Rome & Associates, A.P.C.
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Main: (310) 282-0690 I Fax: (310) 282-0691
Direct: (424) 256-3396
sganesan@romeandassociates.com

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

-----Original Message-----
From: Aaron Greenspan <aaron.greenspan@plainsite.org>
Sent: Tuesday, August 7, 2018 6:05 PM
To: Sridavi Ganesan <sganesan@romeandassociates.com>
Cc: Eugene Rome <erome@romeandassociates.com>
Subject: Re: Subpoena

Sridavi,

You and your client can't wait until after the deadline has passed to suddenly pretend there's a service issue, which there never was. If you want to try to explain that to a judge, go ahead.

Nonetheless, I am willing to give you until August 10th to provide a response—namely, the logs requested—before I file my motion for sanctions. This is non-negotiable. I have a court hearing related to this matter on August 14th and my counsel needs time to prepare.

You already have the subpoena.

Aaron

PlainSite I http://www.plainsite.org

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG 🖉
Subject: Re: Subpoena
Date: August 7, 2018 at 9:16 PM
To: Sridavi Ganesan sganesan@romeandassociates.com
Cc: Eugene Rome erome@romeandassociates.com

Sridavi,

I completely reject your contention, but a duplicate copy of THE SUBPOENA YOU ALREADY HAVE AND HAVE HAD SINCE JULY 24TH is attached for your convenience.

I look forward to your response by AUGUST 10, 2018 AT 1:00 P.M. EDT or I will MOTION FOR SANCTIONS AGAINST YOU, YOUR CLIENT, AND YOUR COLLEAGUES.

Aaron

PlainSite I http://www.plainsite.org



20180724.subp
oena.pdf