**EXHIBIT B**

Image "IPRC_Seized_2018_11_2011_041.png" As Viewed On Namecheap-Hosted Breitenstein Websites Circa Late June / Early July 2018



This domain name has been seized by U.S. Immigration and Customs Enforcement pursuant to a seizure warrant issued by a United States District Court under the authority of 18 U.S.C. §§ 981 and 2323.

*Willful copyright infringement is a federal crime that carries penalties for first time offenders of up to five years in federal prison, a $250,000 fine, forfeiture and restitution (17 U.S.C § 506, 18 U.S.C. § 2319). Intentionally and knowingly trafficking in counterfeit goods is a federal crime that carries penalties for first time offenders of up to ten years in federal prison, a $2,000,000 fine, forfeiture and restitution (18 U.S.C. § 2320).*